**Caption in Compliance with D.N.J. LBR-9004-1**

| | |
|---|---|
| KML Law Group, P.C.<br>By: Denise carlon<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Attorneys for Secured Creditor: If originated 4/15/2020 or prior please list Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., if originated 4/16/2020 or later please list Rocket Mortgage, LLC f/k/a Quicken Loans, LLC | |
| In Re:<br>Alfredo Lim<br>        Debtor | Case No: <u>22-18710</u><br><br>Chapter: <u>13</u><br><br>Hearing Date: <u>1/4/2023</u><br><br>Judge: <u>Jerrold N. Poslusny Jr.</u> |

### AMENDED CERTIFICATION OF SERVICE

1. I, <u>Jeffrey Smith</u>:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for <u>Denise Carlon</u>, who represents the <u>Secured Creditor</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 12/21/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Objection to Confirmation of Plan
    - Filed Proof of Claim
    - Debtor's Chapter 13 Plan
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 12/21/2022                                                                                                  /S/Jeffrey Smith

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Alfredo Lim<br>461 Mullica Hill Rd<br>Mullica Hill, NJ 08062 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Richard S. Hoffman Jr.<br>Hoffman DiMuzio<br>412 Swedesboro Road<br>Mullica Hill, NJ 08062 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Isabel C. Balboa Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center -<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |