Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  22−18710−JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alfredo S Lim Jr.
   aka John Lim
   461 Mullica Hill Road
   Mullica Hill, NJ 08062

Social Security No.:
   xxx−xx−8058

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 20, 2023.

Dated: July 20, 2023
JAN: jpl

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18710-JNP |
| Alfredo S Lim, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 20, 2023 | Form ID: plncf13 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alfredo S Lim, Jr., 461 Mullica Hill Road, Mullica Hill, NJ 08062-2663 |
| 519752501 | | Discover Student Loans, PO Box 30947, Salt Lake City, UT 84130-0947 |
| 519807782 | + | First Midwest Bank, Attn Service Finance Co., LLC, 555 S. Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 519752504 | + | Midland State Bk/Greensky, 1797 N East Expy NE, Atlanta, GA 30329-7803 |
| 519752508 | + | University Radiology Group, Attn: Remex, Inc., 307 Wall Street, Princeton, NJ 08540-1515 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 20 2023 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 20 2023 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519752499 | | Email/Text: ebn@americollect.com | Jul 20 2023 21:18:00 | Americollect, 1851 S. Alverno Road, Manitowoc, WI 54220 |
| 519752500 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2023 21:34:43 | CitiCards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519756592 | + | Email/Text: DSLBKYPRO@discover.com | Jul 20 2023 21:18:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 519797259 | + | Email/Text: bankruptcy@greenskycredit.com | Jul 20 2023 21:16:00 | Greensky, LLC, 1797 North East Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 519788549 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 20 2023 21:18:00 | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 519752502 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2023 21:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519752503 | ^ | MEBN | Jul 20 2023 21:03:16 | Kia Finance America, 4000 MacArthur Blvd, Ste 1000, Newport Beach, CA 92660-2544 |
| 519809579 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2023 22:16:40 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519752505 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 20 2023 21:18:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519774518 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 20 2023 21:18:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519752506 | + | Email/Text: servicing@svcfin.com | Jul 20 2023 21:17:00 | Service Finance Company, 555 S. Federal Hwy, |

Case 22-18710-JNP    Doc 24    Filed 07/22/23    Entered 07/23/23 00:17:24    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: plncf13 | Total Noticed: 23 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Suite 200, Boca Raton, FL 33432-6033 |
| 519752507 | ^ | MEBN | Jul 20 2023 21:03:12 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519753201 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 22:17:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519808582 | | Email/Text: ebn@americollect.com | Jul 20 2023 21:18:00 | UNIVERSITY RADIOLOGY GROUP PC, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 519800875 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2023 21:54:36 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519752509 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 20 2023 21:15:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519793303 | *+ | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 519752498 | ##+ | Affinity Federal Credit Union, 275 US Highway 202/31, Flemington, NJ 08822-3458 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 22, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Alfredo S Lim Jr. rshoffman@hoffmandimuzio.com, jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4