54005
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Hyundai Capital America
as servicer for Hyundai Lease Titling Trust
JM5630_____

IN RE:  ALFREDO S. LIM, JR.

UNITED STATES
BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY

CHAPTER: 13

CASE NO.:  22-18710 (JNP)

NOTICE OF APPEARANCE AND
REQUEST FOR ALL NOTICES,
PLANS, AND DISCLOSURE
STATEMENTS

Hyundai Capital America as servicer for Hyundai Lease Titling Trust enters its appearance and the law firm of Morton & Craig LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Hyundai Capital America as servicer for Hyundai Lease Titling Trust with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100

Hyundai Capital America as servicer for Hyundai Lease Titling Trust, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Hyundai Capital America as servicer for Hyundai Lease Titling Trust by due service upon its undersigned attorneys, Morton & Craig LLC, at the address stated above and also to it at the following address:

>   Hyundai Capital America
>   as servicer for Hyundai Lease Titling Trust
>   PO Box 20809
>   Fountain Valley, CA 92728

Hyundai Capital America as servicer for Hyundai Lease Titling Trust, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/   William E. Craig

William E. Craig, Esquire
Morton & Craig LLC
Attorneys for Hyundai Capital America
as servicer for Hyundai Lease Titling Trust

Dated: 8/16/23