UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : Hyundai Capital America as servicer for Hyundai Lease Titling Trust
Our File No.: JM-5630

Order Filed on September 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Alfredo S. Lim, Jr.

| | |
|---|---|
| Case No.: | 22-18710 |
| Hearing Date: | 9-12-2023 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:   ☑ Followed   ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: September 12, 2023

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of _____Hyundai Capital America_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated, **effective October 3, 2023,** to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❑

☑    Personal property more fully described as:

2020 Kia Sportage
Vehicle Identification Number
KNDPM3AC8L7813448

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*