Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-18710 (JNP)

Alfredo S. Lim, Jr.  
461 Mullica Hill Road  
Mullica Hill, NJ  08062

Monthly Payment: $650.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/06/2023 | $650.00 | 03/13/2023 | $650.00 | 04/14/2023 | $1,050.00 | 05/15/2023 | $1,050.00 |
| 06/12/2023 | $1,050.00 | 07/10/2023 | $1,050.00 | 08/07/2023 | $1,050.00 | 09/11/2023 | $1,050.00 |
| 10/10/2023 | $650.00 | 11/06/2023 | $650.00 | 12/18/2023 | $650.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ALFREDO S. LIM, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,358.00 | $4,358.00 | $0.00 | $4,358.00 |
| 1 | AFFINITY FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICOLLECT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CITICARDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DISCOVER STUDENT LOANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DEPARTMENT OF THE TREASURY | 28 | $2,937.48 | $0.00 | $2,937.48 | $0.00 |
| 6 | HYUNDAI CAPITAL AMERICA | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | GREENSKY, LLC | 33 | $27,879.96 | $0.00 | $27,879.96 | $0.00 |
| 8 | ROCKET MORTGAGE, LLC | 24 | $1,519.95 | $1,495.35 | $24.60 | $1,495.35 |
| 9 | FIRST MIDWEST BANK | 24 | $3,436.08 | $3,380.45 | $55.63 | $3,380.45 |
| 10 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | UNIVERSITY RADIOLOGY GROUP, PC | 33 | $2,079.00 | $0.00 | $2,079.00 | $0.00 |
| 13 | VERIZON BY AMERICAN INFOSOURCE | 33 | $192.39 | $0.00 | $192.39 | $0.00 |
| 14 | ALFREDO S LIM JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | AFFINITY FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 33 | $65.84 | $0.00 | $65.84 | $0.00 |
| 19 | HYUNDAI CAPITAL AMERICA | 28 | $21.33 | $0.00 | $21.33 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $441.43 | $0.00 | $441.43 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2022 | 4.00 | $650.00 |
| 04/01/2023 | 6.00 | $1,050.00 |
| 10/01/2023 | 6.00 | $650.00 |
| 04/01/2024 | 6.00 | $1,050.00 |
| 10/01/2024 | 6.00 | $650.00 |
| 04/01/2025 | 6.00 | $1,050.00 |
| 10/01/2025 | 6.00 | $650.00 |
| 04/01/2026 | 6.00 | $1,050.00 |
| 10/01/2026 | 6.00 | $650.00 |
| 04/01/2027 | 6.00 | $1,050.00 |
| 10/01/2027 | 2.00 | $650.00 |
| 12/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,550.00 |
| Total paid to creditors this period: | $9,233.80 |
| Undistributed Funds on Hand: | $587.60 |
| Arrearages: | $650.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**