Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-18710 (JNP)

Alfredo S. Lim, Jr.  
461 Mullica Hill Road  
Mullica Hill, NJ  08062

Monthly Payment: $861.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/29/2024 | $650.00 | 06/28/2024 | $870.00 | 07/29/2024 | $861.00 | 08/26/2024 | $861.00 |
| 09/25/2024 | $861.00 | 10/31/2024 | $861.00 | 12/02/2024 | $861.00 | 12/27/2024 | $861.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ALFREDO S. LIM, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,358.00 | $4,358.00 | $0.00 | $4,358.00 |
| 1 | AFFINITY FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICOLLECT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CITICARDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | DISCOVER STUDENT LOANS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DEPARTMENT OF THE TREASURY | 28 | $2,937.48 | $2,937.48 | $0.00 | $0.00 |
| 6 | HYUNDAI CAPITAL AMERICA | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | GREENSKY #3877 | 33 | $27,879.96 | $1,835.79 | $26,044.17 | $0.00 |
| 8 | ROCKET MORTGAGE, LLC | 24 | $1,519.95 | $1,519.95 | $0.00 | $1,495.35 |
| 9 | FIRST MIDWEST BANK | 24 | $3,436.08 | $3,436.08 | $0.00 | $3,380.45 |
| 10 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | UNIVERSITY RADIOLOGY GROUP, PC | 33 | $2,079.00 | $136.90 | $1,942.10 | $0.00 |
| 13 | VERIZON BY AMERICAN INFOSOURCE | 33 | $192.39 | $12.67 | $179.72 | $0.00 |
| 14 | ALFREDO S LIM JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | AFFINITY FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 33 | $65.84 | $4.33 | $61.51 | $0.00 |
| 19 | HYUNDAI CAPITAL AMERICA | 28 | $21.33 | $21.33 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $441.43 | $29.07 | $412.36 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2024 | Paid to Date | $11,500.00 |
| 06/01/2024 | Paid to Date | $861.00 |
| 12/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,686.00 |
| Total paid to creditors this period: | $9,233.80 |
| Undistributed Funds on Hand: | $1,549.80 |
| Arrearages: | ($9.00) |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**