UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**RICHARD S. HOFFMAN, JR., ESQ. (#RH-9353)**
**HOFFMAN DiMUZIO**
**A Partnership of Professional Corporations**
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 694-3939
Attorneys for Debtor

| | |
|---|---|
| In Re: | Case No.:  22-18710 |
| Alfredo S. Lim | Objection Date:  September 2, 2025 |
| Debtor | Judge:  JNP |

## NOTICE OF MOTION FOR AUTHORIZATION TO
## ENTER INTO LOAN MODIFICATION AGREEMENT

**PLEASE TAKE NOTICE** that counsel for Debtor, Alfredo S. Lim, shall move before the Honorable Jerrold N. Poslusny, Jr., U.S.B.J., at the U.S. Bankruptcy Court, Mitchell H. Cohen Courthouse, 401 Cooper Street, Camden, New Jersey, for an Order on Motion for Authorization to Enter Into Loan Modification Agreement.

**PLEASE TAKE FURTHER NOTICE** that all opposition to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court, with a copy served upon movant's counsel, whose name and address are set forth above, within the time required by the Rules governing the Court.

**PLEASE TAKE FURTHER NOTICE** that if written opposition is not timely filed and served, this Motion shall be deemed uncontested and the relief requested may be granted without the need of a hearing.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, movant shall rely upon the annexed Certification.

A proposed form of Order is attached.

## **STATEMENT THAT NO BRIEF IS NECESSARY**

No Brief in support of the foregoing Motion is necessary as no novel or complex factual or legal issues are raised therein and the law and facts necessary for the resolution of said Motion are within the sound discretion of the Court.

Dated:  8/18/2025                                        By:   /s/ Richard S. Hoffman, Jr., Esq.
                                                             Richard S. Hoffman, Jr., Esquire
                                                             Hoffman DiMuzio
                                                             Attorney for Debtor