| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esq.<br>McCalla Raymer Leibert Pierce, LLP<br>485F US Highway 1 S, Suite 300<br>Iselin, NJ 08830<br>848-325-2981<br>NJ_ECF_Notices@McCalla.com | |
| In Re:<br>Alfredo S Lim, Jr., | Case No.: 22-18710-JNP<br>Chapter: 13<br>Judge: Jerrold N. Poslusny, Jr. |

# WITHDRAWAL OF NOTICE OF PAYMENT CHANGE

COMES NOW Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC by and through its Authorized Agent, McCalla Raymer Leibert Pierce, LLP, and respectfully requests this Court to allow it to withdraw the Notice of Payment Change filed on June 3, 2026.

Notice of Payment Change Filed Date: June 3, 2026

Notice of Payment Change Claim Number: 3

*/s/Denise Carlon*

Denise Carlon

Authorized Agent for Rocket Mortgage, LLC
s/b/m Nationstar Mortgage LLC
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Phone: 848-325-2981

Denise.Carlon@mccalla.com